## KINGFISHER COUNTY v. WOODWORTH.

No. 4111. Opinion Filed March 31, 1914.

(139 Pac. 1153.)

*Error from District Court, Kingfisher County;
James W. Steen, Judge.*

Action by Kingfisher County, State of Oklahoma, against
George H. Woodworth. Judgment for defendant, and plaintiff
brings error. Dismissed.

*F. P. Whistler,* Co. Atty., *R. F. Shutler,* and *W. B. Blair,*
for plaintiff in error.

*P. S. Nagle* and *Gray & McVay,* for defendant in error.

PER CURIAM. This case involves the same state of facts with reference to the right to appeal as the case of *Kingfisher County v. Graham, ante,* 139 Pac. 1149, and, for the reasons stated in that opinion, this appeal is dismissed.